ORIGINAL

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant LOPEZ



**FILED**

MAR - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 98-0074 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | TERMINATING SUPERVISED |
| | ) | RELEASE |
| RAYMOND VALENZUELA LOPEZ, | ) | |
| | ) | Current Date: February 22, 2007 |
| Defendant. | ) | Time: 11:00 a.m. |
| | ) | Court: The Honorable |
| | ) | Susan Illston |

## STIPULATION

The parties hereby agree and jointly request the Court to order, with the consent and approval of United States Probation Officer Christine Magnasco, that defendant Raymond Valenzuela Lopez' supervised release term should be terminated. The parties agree that Mr. Valenzuela Lopez is under the supervision of the California Parole Commission through 2009; that he has been compliant with the terms of his federal supervised release and state parole since his release from custody in January, 2008, and that he is suffering from a debilitating illness in his liver. Under these circumstances, the parties hereby stipulate, and ask the Court to order, that the ends of justice are better served allowing Mr. Valenzuela Lopez to terminate from federal supervised release, and to concentrate on fulfilling his requirements with the California Parole Commission over the next two years.

It is so stipulated.

\\

1 | DATED: February 28, 2008 | *Elizabeth M. Falk*
ELIZABETH M. FALK
2 | | Assistant Federal Public Defender

3 | DATED: February 28, 2008 | *Stacey Geis*
4 | | STACEY GEIS
   | | Assistant United States Attorney

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that defendant Raymond Valenzuela Lopez is hereby TERMINATED from supervision for the reasons stated in this stipulation. His term of supervised release is hereby deemed COMPLETED.

DATED: 3/3/08

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIP & ORDER TERMINATING SUPERVISED RELEASE
*United States v. Raymond Lopez*
CR 98-0074 SI                    - 2 -